# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE LUIS BONILLA-HERNANDEZ(1),

    Defendant.

CASE NO. 11CR3655-MMA

**JUDGMENT OF DISMISSAL**

FILED
2011 OCT -7 AM 11: 5

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ an indictment has been filed in case 11cr4234-MMA against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

8:1326(a) and (b)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: 9/28/2011

BARBARA L. MAJOR
UNITED STATES DISTRICT JUDGE